UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 19-25115-CIV-WILLIAMS

DOROTHY JACKSON,

    Plaintiff,

vs.

NCL AMERICA, LLC,

    Defendant.

_____/

### ORDER

**THIS MATTER** is before the Court on Magistrate Judge Torres' Report & Recommendation. (DE 27). The Report recommends that the Court grant Defendant's motion to dismiss without prejudice. Plaintiff filed objections to the Report. (DE 28). After a careful review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** as follows:

1. The Report (DE 27) is **AFFIRMED AND ADOPTED**.
2. Defendant's motion to dismiss (DE 9) is **GRANTED WITHOUT PREJUDICE**.
3. Plaintiff may file an amended complaint as set forth in the Report within fourteen days of this Order.

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>13th</u> day of October, 2020.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE