UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 19-25115-CIV-WILLIAMS

DOROTHY JACKSON,

    Plaintiff,

vs.

NCL AMERICA, LLC,

    Defendant.

_____/

### ORDER

**THIS MATTER** is before the Court on Magistrate Judge Edwin G. Torres' Report & Recommendation. (DE 45). The Report recommends that Defendant's motion to dismiss be denied. Defendant filed objections to the Report. (DE 46). After a careful review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** as follows:

1. The Report (DE 45) is **AFFIRMED AND ADOPTED**.

2. Defendant's motion to dismiss (DE 40) is **DENIED**.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 8th day of January, 2021.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE