UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 19-25115-CIV-WILLIAMS

DOROTHY JACKSON,

    Plaintiff,

v.

NCL AMERICA, LLC,

    Defendant.

_____/

## ORDER

**THIS MATTER** is before the Court on Chief Magistrate Judge Edwin G. Torres's Report and Recommendation ("***the Report***") (DE 71) that the Court grant the Motion for Summary Judgment ("***the Motion***") (DE 60) filed by Defendant NCL America, LLC ("***Defendant***"). Plaintiff Dorothy Jackson ("***Plaintiff***") objects to the Report. (DE 72.) Upon an independent review of the Report, Plaintiff's objection, the record, and applicable case law, the Court agrees with Chief Judge Torres's Report.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The conclusions in the Report (DE 71) are **AFFIRMED AND ADOPTED**.
2. Defendant's Motion for Summary Judgment (DE 60) is **GRANTED**.
3. This action is **DISMISSED**.
4. All pending motions are **DENIED AS MOOT**.
5. All forthcoming deadlines, hearings, and trial settings are **CANCELED**.
6. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers in Miami, Florida on this 18th day of January, 2022.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE